Chandra Leigh Peterson, CA 306935
Assistant Federal Public Defender
Email: Chandra_peterson@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Attorney for Miralda-Cruz

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MELVIN ISAID MIRALDA-CRUZ,<br><br>    Defendant. | Case No. 3:24-cr-00413-IM-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

I, Chandra Leigh Peterson, declare:

1.  I am counsel of record in this matter for the defendant, Melvin Isaid Miralda-Cruz.

2.  A continuance of the current trial date of August 12, 2025, to a date at least 60 days from the present setting is necessary as more time is required to continue discovery review, identify necessary research and investigation tasks to be conducted, consult with and effectively advise Mr. Miralda-Cruz, and adequately prepare the case.

3.  I have spoken with the defendant and explained the reasons for requesting a continuance and his rights under the Speedy Trial Act. Mr. Miralda-Cruz agrees with the reasons for the continuance and waives his rights to a speedy trial.

**Page 1   DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE**

4.     Assistant United States Attorney Scott M. Kerin has been contacted and does not object to this continuance.

5.     This declaration is made in good faith and in support of the motion for continuance of the trial date in this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on July 17, 2025, in Portland, Oregon.

                                               */s/ Chandra Leigh Peterson*
                                               Chandra Leigh Peterson, CA 306935